

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2024

No. 04-24-00603-CV

Anthony **ROHLF**,
Appellant

v.

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**, et al.,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 22-03-00038-CVK
Honorable Russell Wilson, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on November 27, 2024.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2024.

_____
Luz Estrada, Chief Deputy Clerk